



## MEMORANDUM OPINION

No. 04-11-00226-CV

Daniel **KOTORA**,
Appellant

v.

Candice **MUSTER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14174
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  May 25, 2011

REVERSED AND REMANDED

The parties have filed a joint motion asking this court to reverse the judgment of the trial court and to remand the case back to the trial court for entry of an agreed judgment.  The motion is granted.  As agreed by the parties, without consideration of the merits, we reverse the trial court's judgment, and remand the case to the trial court for implementation of the settlement agreement and entry of an agreed take nothing judgment.  TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d);

*Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM